UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH READING SCHOOL COMMITTEE,
    Plaintiff

v.

BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND TIMOTHY GRAFTON AND COURTNEY GRAFTON, AS PARENTS AND NEXT FRIEND OF MAXWELL GRAFTON,
    Defendants.

Civ. No. 05-11162 RCL

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the state defendants, Bureau of Special Education Appeals of the Massachusetts Department of Education and Department of Education in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

  /s/ Julie B. Goldman
Julie Goldman, BBO# 648489
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2080
julie.goldman@ago.state.ma.us

Dated: July 6, 2005