# UNITED STATES DISTRICT COURT

__Eastern__    District of    __Massachusetts__

North Reading School Committee

V.

Bureau of Special Education Appeals of the Mass. Dept. of Education; Mass. Dept. of Education; and Timothy Grafton and Courtney Grafton, PPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11162 RCL

TO: (Name and address of Defendant)

Bureau of Special Education Appeals
of the Mass. Dept. of Education
350 Main Street
Malden, Massachusetts 02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Nuttall, Esq.
Sullivan & Nuttall, P.C
1020 Plain Street, Suite 270
Marshfield, Massachusetts 02050

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

(By) DEPUTY CLERK

DATE    6-6-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| NAME OF | | Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171 |

Middlesex, ss.

Chec

June 21, 2005

[ ] I hereby certify and return that on 6/17/2005 at 10:40AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to KATHY LEBLANC, agent, person in charge at the time of service for BUREAU OF SPECIAL EDUCATION APPEALS, at OF THE MASS. DEPT. OF EDUCATION, 350 MAIN STREET, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

*Laurence McMahon*

Deputy Sheriff

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date          Signature of Server

          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.