%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

North Reading School Committee

V.

Bureau of Special Education Appeals of the
Mass. Dept. of Education; Mass. Dept. of Education;
Timothy Grafton and Courtney Grafton, PPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05-11162 RCL

TO: (Name and address of Defendant)

    Massachusetts Department of Education
    350 Main Street
    Malden, Massachusetts 02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Nuttall, Esq.
    Sullivan & Nuttall, P.C.
    1020 Plain Street, Suite 270
    Marshfield, Massachusetts 02050

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(BY) DEPUTY

DATE 6-6-05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

TRAV

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 21, 2005

I hereby certify and return that on 6/17/2005 at 10:41AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to KATHY LEBLAC, agent, person in charge at the time of service for MASSACHUSETTS DEPARTMENT OF EDUCATION, at, 350 MAIN STREET, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($9.20) Total Charges $40.70

*Lawrence McMahon*

Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.