UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11162 RCL

NORTH READING SCHOOL )
COMMITTEE, )
v. )
)
)
BUREAU OF SPECIAL )
EDUCATION APPEALS, et al )
)
Defendants. )

## WAIVER OF SERVICE OF SUMMONS

**TO: THOMAS J. NUTTALL**

**Courtney and Timothy Grafton** acknowledge receipt of your request that we waive service of a summons in the case of NORTH READING SCHOOL COMMITTEE V. BSEA, et al, case number 05-11162 RCL, in the United States District Court for the District of Massachusetts.

We agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that we (or the entity on whose behalf we are acting) be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

We (or the entity on whose behalf we are acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

We understand that a judgment may be entered against us (or the party on whose behalf we are acting) if an answer or motion under Federal Rule of Civil Procedure 12 is not served upon you within sixty (60) days of the date of this waiver.

6/24/05
Date:

Tim Sindelar
Bowman, Moos & Hilton
Attorney for Courtney and Timothy Grafton