UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH READING SCHOOL COMMITTEE
Plaintiff

v.

Civil Action No. 05-11162 RCL

BUREAU OF SPECIAL EDUCATION
APPEALS of the MASSACHUSETTS
DEPARTMENT OF EDUCATION,
MASSACHUSETTS DEPARTMENT
OF EDUCATION, and TIMOTHY
GRAFTON and COURTNEY GRAFTON,
as Parents and Next Friend of M.G.
Defendants

### ANSWER OF THE DEFENDANT IN COUNTERCLAIM, NORTH READING SCHOOL COMMITTEE, TO COUNT I ONLY OF TIMOTHY AND COURTNEY GRAFTON'S COUNTERCLAIM

31.  Admitted.

32.  Admitted.

33.  Defendant in Counterclaim admits that such a demand was made, but deny that it did not respond.

34.  Denied.

#### Count I

35.  The defendant in counterclaim repeats and reavers its responses to paragraphs 1 to 34 as if set forth fully herein.

36.  The defendant in counterclaim admits that the Parents' due process hearing was brought pursuant to 20 U.Sc. §1415(f). In further responding, the defendant in

counterclaim states that the statute cited speaks for itself and no response is necessary.

37. The Defendant in Counterclaim denies that the Plaintiff in Counterclaim was the prevailing party as the BSEA matter is the subject of the Plaintiff's appeal.

38. Denied.

39. Denied.

## Count II

40. The defendant in counterclaim has filed a Motion to Dismiss Count II of the Counterclaim as its responsive pleading to Count II.

41. The defendant in counterclaim has filed a Motion to Dismiss Count II of the Counterclaim as its responsive pleading to Count II.

42. The defendant in counterclaim has filed a Motion to Dismiss Count II of the Counterclaim as its responsive pleading to Count II.

43. The defendant in counterclaim has filed a Motion to Dismiss Count II of the Counterclaim as its responsive pleading to Count II.

65[sic]. The defendant in counterclaim has filed a Motion to Dismiss Count II of the Counterclaim as its responsive pleading to Count II.

## First Affirmative Defense

The Plaintiff in Counterclaim fails to state a claim upon which relief may be granted.

## Second Affirmative Defense

By way of affirmative defense, the Defendant-in-Counterclaim states that the action is barred by the statute of limitations.

Respectfully submitted,
The Plaintiff/Defendant-in-Counterclaim,

North Reading School Committee,

By its attorneys,

SULLIVAN & NUTTALL, P.C.

_____
Thomas J. Nuttall
BBO No.: 546940
1020 Plain Street, Suite 270
Marshfield, MA 02050
(781) 837-7428

Certificate of Service

I hereby certify that I have served a copy of the foregoing document on all counsel of record for each party by first class mail, postage prepaid.

Date: 9/20/05                                  _____
                                                Thomas J. Nuttall