UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH READING SCHOOL COMMITTEE,
Plaintiff

v.                                                                  Civ. No. 05-11162 RCL

BUREAU OF SPECIAL EDUCATION APPEALS
of the MASSACHUSETTS DEPARTMENT of
EDUCATION, MASSACHUSETTS DEPARTMENT
Of EDUCATION, and TIMOTHY GRAFTON and
COURTNEY GRAFTON, as Parents and Next Friend
of M.G.,
Defendants.

## MOTION TO IMPOUND EXHIBITS

The Defendants, Timothy and Courtney Grafton ("Parents"), hereby move the Court to enter an order impounding all exhibits, including the administrative record and the transcript of the hearing before the Bureau of Special Education Appeals, in order to preserve the confidentiality of the student, M.G. See: *Webster Grove School District v. Pulitzer Publishing Company*, 898 F.2d 1371 (8th Cir. 1990).

Counsel for the Parents has discussed this matter with counsel for the North Reading School Committee and the Bureau of Special Education Appeals and the Massachusetts Department of Education who have indicated that they have no opposition to this request.

Respectfully submitted,
Courtney and Timothy Grafton
By their attorney,

Date: 10/07/2005

Tim Sindelar, BBO #557273
Ames, Hilton, Martin & Sindelar
22 Putnam Avenue

Cambridge, MA 02139
(617) 871-2140
Fax: (617) 871-2141

Certificate of Service

I hereby certify that I have served a copy of the foregoing documents on all counsel of record for each party by first class mail, postage prepaid.

Date: 10/7/2005

Tim Sindelar