UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTH READING SCHOOL COMMITTEE )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br> )<br>BUREAU OF SPECIAL EDUCATION )<br>APPEALS of the MASSACHUSETTS )<br>DEPARTMENT OF EDUCATION, )<br>MASSACHUSETTS DEPARTMENT )<br>OF EDUCATION, and TIMOTHY )<br>GRAFTON and COURTNEY GRAFTON, )<br>as Parents and Next Friend of M.G. )<br>Defendants )<br> ) | Civil Action No.<br>05-11162 RCL |

## NORTH READING SCHOOL COMMITTEE'S
## OPPOSITION TO TIMOTHY AND COURTNEY
## GRAFTON'S MOTION TO STRIKE

Now comes the Defendant-in-Counterclaim, North Reading School Committee, and opposes Timothy and Courtney Grafton's Motion to Strike Exhibits 3 and 4 to North Reading School Committee's Motion to Dismiss. As grounds therefore the Defendant-in-Counterclaim states that in considering a motion to dismiss pursuant to Rule 12(b)(6), this court may consider the counterclaim, documents annexed to it, documents fairly incorporated within it, and matters that are susceptible to judicial notice.

The contested exhibits are documents fairly incorporated within the counterclaim and matters susceptible to judicial notice.

WHEREFORE the Defendant-in-Counterclaim respectfully requests that this court deny the Plaintiff-in-Counterclaim's Motion to Strike.

    Respectfully submitted,
    The Plaintiff/Defendant-in-Counterclaim,

    North Reading School Committee,

    By its attorneys,

    SULLIVAN & NUTTALL, P.C.

    _____
    Thomas J. Nuttall
    BBO No.: 546940
    1020 Plain Street, Suite 270
    Marshfield, MA  02050
    (781) 837-7428

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on all counsel of record for each party by first class mail, postage prepaid.

Date: 10/21/05

    _____
    Thomas J. Nuttall