UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH READING SCHOOL COMMITTEE,
    Plaintiff

Civ. No. 05-11162 RCL

v.

BUREAU OF SPECIAL EDUCATION APPEALS
OF THE MASSACHUSETTS DEPARTMENT
OF EDUCATION, MASSACHUSETTS
DEPARTMENT OF EDUCATION, AND
TIMOTHY GRAFTON AND COURTNEY
GRAFTON, AS PARENTS AND NEXT FRIEND
OF MAXWELL GRAFTON,
    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The undersigned certify that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in LR 16.4.

THOMAS F. REILLY
ATTORNEY GENERAL

BUREAU OF SPECIAL EDUCATION
APPEALS and MASSACHUSETTS
DEPARTMENT OF EDUCATION

 /s/ Julie B. Goldman
Assistant Attorney General

 /s/ Reece Erlichman
Acting Director of the Bureau of Special
Education Appeals of the Massachusetts
Department of Education

Dated: November 2, 2005

1

## **CERTIFICATE OF SERVICE**

    I, Julie B. Goldman, Assistant Attorney General, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on November 2, 2005.

                                        /s/ Julie B. Goldman
                                        Julie B. Goldman
                                        Assistant Attorney General