UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH READING SCHOOL COMMITTEE, Plaintiff<br><br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND TIMOTHY AND COURTNEY GRAFTON, AS PARENTS AND NEXT FRIEND OF M.G., Defendants | Civ. No. 05-11162 RCL |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Administrative Record; and

2. Record Transcripts, Volumes I – IV.

The original documents are maintained in the case file in the Clerk's Office.

Please note the exhibits are impounded.

Date:  April 7, 2005                     Respectfully submitted,

                                         The Plaintiff,

                                         North Reading School Committee

                                         By its attorneys,

                                         SULLIVAN & NUTTALL, P.C.

                                         /s/ Thomas J. Nuttall
                                         _____
                                         Thomas J. Nuttall
                                         BBO No.: 546940
                                         1020 Plain Street, Suite 270
                                         Marshfield, MA  02050
                                         (781) 837-7428


                        Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


Date:  April 7, 2005                     /s/Thomas J. Nuttall
                                         _____
                                         Thomas J. Nuttall