UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH READING SCHOOL COMMITTEE, Plaintiff<br><br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND TIMOTHY AND COURTNEY GRAFTON, AS PARENTS AND NEXT FRIEND OF M.G., Defendants | Civ. No. 05-11162 RCL |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The Plaintiff respectfully requests that this Court hear oral arguments on its Motion for Summary Judgment.

Date:   April 7, 2005

Respectfully submitted,

The Plaintiff,

North Reading School Committee

By its attorneys,

SULLIVAN & NUTTALL, P.C.

*/s/ Thomas J. Nuttall*
_____
Thomas J. Nuttall
BBO No.: 546940
1020 Plain Street, Suite 270
Marshfield, MA  02050
(781) 837-7428

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Date:  April 7, 2005                             */s/Thomas J. Nuttall*
                                                 _____
                                                 Thomas J. Nuttall