UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH READING SCHOOL COMMITTEE )<br>    Plaintiff/Defendant-In-Counterclaim, )<br>)<br>v. )<br>)<br>BUREAU OF SPECIAL EDUCATION APPEALS )<br>of the MASSACHUSETTS DEPARTMENT of )<br>EDUCATION, and MASSACHUSETTS DEPARTMENT )<br>OF EDUCATION, )<br>    Defendants )<br>TIMOTHY GRAFTON and COURTNEY GRAFTON, )<br>as Parents and Next Friend of M.G., )<br>    Defendants/Plaintiffs-In-Counterclaim, ) | C.A. No. 05-11162 RCL |

**LIMITED NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record on behalf of the North Reading School Committee, **as Defendant-In-Counterclaim only**, in the above-captioned matter.

Respectfully submitted,

The Defendant-In-Counterclaim,
NORTH READING SCHOOL COMMITTEE,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand. + electronic fily

4/13/06