UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NORTH READING SCHOOL COMMITTEE,
Plaintiff,

v.                                                                              Civ. No. 05-11162 RCL

BUREAU OF SPECIAL EDUCATION APPEALS
et al
Defendants.
_____

**DEFENDANTS, M.G, TIMOTHY G. AND COURTNEY G.'S OPPOSITION TO NORTH READING SCHOOL COMMITTEE'S MOTION FOR SUMMARY JUDGMENT**

**INTRODUCTION**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants M.G. and his parents oppose the Motion of the North Reading School Committee ("District') for Summary Judgment and request that Summary Judgment be entered in favor of Defendants.

**REQUEST FOR ORAL ARGUMENT**

Oral argument is requested pursuant to Local rule 7.1(D).

**CERTIFICATION OF CONSULTATION**

Counsel have discussed the possibility of narrowing the issues or settling the case and have been unsuccessful in said discussion.

        Respectfully submitted,
        Courtney and Timothy Grafton
        By their attorney,

Date:   April 21, 2006        /s/ *Tim Sindelar*
        Tim Sindelar, BBO #557273
        Ames, Hilton, Martin & Sindelar
        22 Putnam Avenue
        Cambridge, MA 02139
        (617) 871-2140
        Fax: (617) 871-2141
        sindelar@ahmslegal.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 21, 2006

Date:        /s/ *Tim Sindelar*
        Tim Sindelar