UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH READING SCHOOL COMMITTEE,
        Plaintiff

v.

BUREAU OF SPECIAL EDUCATION APPEALS
OF THE MASSACHUSETTS DEPARTMENT
OF EDUCATION, MASSACHUSETTS
DEPARTMENT OF EDUCATION, AND
TIMOTHY GRAFTON AND COURTNEY
GRAFTON, AS PARENTS AND NEXT FRIEND
OF MAXWELL GRAFTON,
        Defendants.

Civ. No. 05-11162 RCL

## NOTICE OF CHANGE OF APPEARANCE

Please enter on the docket the substitution of my appearance for that of Julie B. Goldman as counsel for the state defendants, Bureau of Special Education Appeals of the Massachusetts Department of Education and Department of Education in the above-captioned matter.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

  /s/ Juliana deHaan Rice
Juliana deHaan Rice, BBO# 564918
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2062
juliana.rice@state.ma.us

Dated: July 10, 2007