## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

**NORTH READING SCHOOL COMMITTEE,**
**Plaintiff**

**v.**                                        **Civ. No. 05-11162 RCL**

**BUREAU OF SPECIAL EDUCATION APPEALS**
**of the MASSACHUSETTS DEPARTMENT of**
**EDUCATION, MASSACHUSETTS DEPARTMENT**
**Of EDUCATION, and TIMOTHY GRAFTON and**
**COURTNEY GRAFTON, as Parents and Next Friend**
**of   M.G.,**
**Defendants.**

_____

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and

hereby stipulate and agree that the Complaint and all Counterclaims be dismissed,

with prejudice, and without costs.

Dated this 22nd day of August, 2007.

/s/ Thomas Nuttall
**Thomas Nuttall**
**Attorney for Plaintiff, North Reading**
**School Committee**

/s/ John J. Cloherty,III
**John J. Cloherty, III**
**Attorney for Defendant-in-**
**Counterclaim, North Reading School**
**Committee**

/s/ Timothy Sindelar
**Timothy Sindelar**
**Attorney for Defendants and**

Plaintiffs-in Counterclaim, Timothy
and Courtney Grafton


**/s/ Juliana deHann Rice**
Juliana deHaan Rice
Assistant Attorney General
Government Bureau
Attorney for Defendant, Bureau of
Special Education Appeals